# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No. 3:22-mj-343 |
| Plaintiff, | : |
| vs. | : Magistrate Judge Peter B. Silvain, Jr. |
| DELAQUAN HENDERSON, | : |
| Defendant. | : |

## BINDOVER ORDER

This case came before the Court on November 7, 2022 for a preliminary hearing via GoToMeeting. Attorney Christina Mahy participated on behalf of the Government. Defendant was present at the hearing via video and was represented by Attorney Thomas Anderson. Upon the testimony and evidence presented, the Court finds there is probable cause to believe Defendant committed the offense(s) alleged in the complaint and orders that Defendant be bound over to the Grand Jury to answer to the charge(s).

**IT IS SO ORDERED.**

November 7, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge